District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHNAZ MALEKPOUR
MANSOORKHANI,

                                        Plaintiff,

            v.

PAMELA BONDI, *et al.*,

                                        Defendants.

Case No. 2:25-cv-00294-MJP

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
[PROPOSED] ORDER

Noted for Consideration:
May 5, 2025

    For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until June 5, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. Defendants' response to the Complaint is currently due on May 6, 2025. The parties are currently working towards a resolution to this litigation.

    Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00294-MJP] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

2  P. 1.

3          With additional time, this case may be resolved without the need of further judicial

4  intervention.  USCIS is in the process of scheduling Plaintiff's asylum interview.  However, the

5  agency needs additional time to do so.  Once the interview has been scheduled, the parties will

6  confer and determine how to proceed with the litigation, including any resolution.

7          As additional time is necessary for this to occur, the parties request that the Court hold the

8  case in abeyance until June 5, 2025.  The parties will submit a status update on or before June 5,

9  2025.

10         DATED this 5th day of May, 2025.

11  Respectfully submitted,

12  TEAL LUTHY MILLER                          CRESCENT LAW, PLLC
    Acting United States Attorney

13
    *s/ Michelle R. Lambert*                       *s/ Myrna I. Luna*
14  MICHELLE R. LAMBERT, NYS #4666657    MYRNA I. LUNA, WSBA# 57440
    Assistant United States Attorney            Crescent Law, PLLC
15  United States Attorney's Office             4957 Lakemont Blvd SE, Ste C-4328
    Western District of Washington             Bellevue, Washington 98006
16  1201 Pacific Avenue, Suite 700             Phone: 425-832-2030
    Tacoma, Washington 98402                 Email: attorney@crescent-law.com
17  Phone: (206) 553-7970                      *Attorneys for Plaintiff*
    Fax:     (206) 553-4067
18  Email: michelle.lambert@usdoj.gov

19  *Attorneys for Defendants*

20  *I certify that this memorandum contains 249
    words, in compliance with the Local Civil Rules.*

21

22

23

24

1

**[PROPOSED] ORDER**

2       The case is held in abeyance until June 5, 2025.  The parties shall submit a status

3  update on or before June 5, 2025.  It is so **ORDERED**.

4

5       DATED this 8th day of May, 2025.

6

7

8                                      MARSHA J. PECHMAN
                                       United States Senior District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24