District Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MAHNAZ MALEKPOUR MANSOORKHANI, <br><br> Plaintiff, <br> v. <br><br> PAMELA BONDI, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00294-MJP <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> May 16, 2025 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through November 5, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. This litigation is currently stayed through June 5, 2025. Dkt. No. 7. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE <br>
[Case No. 2:25-cv-00294-MJP] - 1

UNITED STATES ATTORNEY <br>
1201 PACIFIC AVE., STE. 700 <br>
TACOMA, WA 98402 <br>
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for July 8, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until November 5, 2025. The parties will submit a status update on or before November 5, 2025.

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00294-MJP] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 16th day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | CRESCENT LAW, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Myrna I. Luna*<br>MYRNA I. LUNA, WSBA# 57440<br>Crescent Law, PLLC<br>4957 Lakemont Blvd SE, Ste C-4328<br>Bellevue, Washington 98006<br>Phone: 425-832-2030<br>Email: attorney@crescent-law.com<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 373 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00294-MJP] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED]** ORDER

The case is held in abeyance until November 5, 2025. The parties shall submit a status update on or before November 5, 2025. It is so **ORDERED**.

DATED this 16th day of May, 2025.

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00294-MJP] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800