UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHNAZ MALEKPOUR MANSOORKHANI,<br><br>Plaintiff(s),<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendant(s). | CASE NO. C25-0294-KKE<br><br>ORDER STAYING LITIGATION |

This matter comes before the Court on the parties' Joint Status Report. Dkt. No. 14. The parties report that U.S. Citizenship and Immigration Services has completed Petitioner's asylum interview and anticipates needing an additional 60 days to complete necessary security checks before issuing a decision on Petitioner's asylum application. *Id.* at 1. Accordingly, Respondent requests that this litigation be stayed for 60 days, and Petitioner agrees to the stay (so long as it does not exceed 60 days). *Id.* at 2.

Accordingly, the Court GRANTS Respondent's unopposed request for a stay. This case is hereby STAYED until January 25, 2026. No later than that date, the parties shall file a joint status report informing the Court of the status of Petitioner's application and proposing a case schedule.

ORDER STAYING LITIGATION - 1

Dated this 5th day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER STAYING LITIGATION - 2