District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHNAZ MALEKPOUR
MANSOORKHANI,

                          Plaintiff,

        v.

PAMELA BONDI, *et al.*,

                          Defendants.

Case No. 2:25-cv-00294-KKE

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
January 26, 2026

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through March 12, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. The parties continue to work towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE AND ORDER
[Case No. 2:25-cv-00294-KKE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention.  As previously reported, USCIS has conducted Petitioner's asylum interview and is currently working on necessary security and background checks.  Dkt. No. 14.  However, USCIS cannot meet the previously anticipated 60-day time frame for adjudication of Plaintiff's asylum application. On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review.  *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed Jan. 25, 2026).  As a result, USCIS is unable to adjudicate Plaintiff's asylum application until this pause on adjudications is lifted.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until March 12, 2026.  The parties will submit a status update on or before March 12, 2026.

//

//

//

//

//

STIPULATED MOTION FOR ABEYANCE AND ORDER
[Case No. 2:25-cv-00294-KKE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 26th day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD                    CRESCENT LAW, PLLC
United States Attorney


*s/ Michelle R. Lambert*               *s/ Myrna I. Luna*
MICHELLE R. LAMBERT, NYS #4666657      MYRNA I. LUNA, WSBA# 57440
Assistant United States Attorney       Crescent Law, PLLC
United States Attorney's Office        4957 Lakemont Blvd SE, Ste C-4328
Western District of Washington         Bellevue, Washington 98006
1201 Pacific Avenue, Suite 700         Phone: 425-832-2030
Tacoma, Washington 98402               Email: attorney@crescent-law.com
Phone: (253) 428-3824                  *Attorneys for Plaintiff*
Fax:    (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 284 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR ABEYANCE AND ORDER
[Case No. 2:25-cv-00294-KKE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until March 12, 2026.  The parties shall submit a status update on or before March 12, 2026.  It is so **ORDERED**.


DATED this 28th day of January, 2026.


Kymberly K. Evanson
United States District Judge

STIPULATED MOTION FOR ABEYANCE AND ORDER
[Case No. 2:25-cv-00294-KKE] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800