District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHNAZ MALEKPOUR
MANSOORKHANI,

                                    Plaintiff,

        v.

TODD BLANCHE, *et al.*,[1]

                                    Defendants.

Case No. 2:25-cv-00294-KKE

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
April 10, 2026

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through May 11, 2026.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. The parties continue to work towards a resolution to this litigation.

//

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Acting United States Attorney General Todd Blanche for Pamela Bondi.

  Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Secretary Markwayne Mullin for Kristi Noem.

STIPULATED MOTION AND ORDER FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need for further judicial intervention. As previously reported, USCIS had placed an adjudicative hold on all asylum applications. On March 30, 2026, USCIS announced that it is lifting the adjudication hold for asylum applications from non-high-risk countries.[2] USCIS is in the process of removing the adjudicative hold from non-high-risk countries. Once the hold has been removed, USCIS will need additional time to adjudicate applications from non-high-risk countries that had been subject to the hold.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until May 11, 2026. The parties will submit a status update on or before May 11, 2026.

//

//

//

//

---

[2] https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting (last visited Apr. 2, 2026)

STIPULATED MOTION AND ORDER FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 10th day of April, 2026.

Respectfully submitted,

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  (253) 428-3824
Phone:  (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorney for Defendants*

s/ Myrna I. Luna
MYRNA I. LUNA, WSBA# 57440
Crescent Law, PLLC
4957 Lakemont Blvd SE, Ste C-4328
Bellevue, Washington 98006
Phone: 425-832-2030
Email:  attorney@crescent-law.com
*Attorneys for Plaintiff*

*I certify that this memorandum contains 274 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

## ORDER

The case is held in abeyance until May 11, 2026.  The parties shall submit a status update on or before May 11, 2026.  It is so **ORDERED**.


DATED this 10th day of April, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800