District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHNAZ MALEKPOUR
MANSOORKHANI,

                              Plaintiff,

         v.

TODD BLANCHE, *et al.*,[1]

                              Defendants.

Case No. 2:25-cv-00294-KKE

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
May 11, 2026

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through June 10, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. The parties continue to work towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Acting United States Attorney General Todd Blanche for Pamela Bondi.

 Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Secretary Markwayne Mullin for Kristi Noem.

STIPULATED MOTION AND ORDER FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

(1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need for further judicial intervention. USCIS needs additional time to adjudicate this application as it is working through various issues. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until June 10, 2026. The parties will submit a status update on or before June 10, 2026.

DATED this 11th day of May, 2026.

Respectfully submitted,

| | |
|---|---|
| *s/ Michelle R. Lambert* | *s/ Myrna I. Luna* |
| MICHELLE R. LAMBERT, NYS #4666657 | MYRNA I. LUNA, WSBA# 57440 |
| Assistant United States Attorney | Crescent Law, PLLC |
| United States Attorney's Office | 4957 Lakemont Blvd SE, Ste C-4328 |
| Western District of Washington | Bellevue, Washington 98006 |
| 1201 Pacific Avenue, Suite 700 | Phone: 425-832-2030 |
| Tacoma, Washington 98402 | Email: attorney@crescent-law.com |
| Phone: (253) 428-3824 | *Attorneys for Plaintiff* |
| Phone: (253) 428-3826 | |
| Email: michelle.lambert@usdoj.gov | |

*Attorney for Defendants*
*I certify that this memorandum contains 214 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until June 10, 2026.  The parties shall submit a status update on or before June 10, 2026.  It is so **ORDERED**.

DATED this 12th day of May, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800