District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHNAZ MALEKPOUR
MANSOORKHANI,

                              Plaintiff,

        v.

TODD BLANCHE, *et al.*,[1]

                              Defendants.

Case No. 2:25-cv-00294-KKE

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
June 5, 2026

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through July 10, 2026.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. The parties continue to work towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Acting United States Attorney General Todd Blanche for Pamela Bondi.
  Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Secretary Markwayne Mullin for Kristi Noem.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

(1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need for further judicial intervention. USCIS needs additional time to adjudicate this application as it is working through various issues. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until July 10, 2026. The parties will submit a status update on or before July 10, 2026.

DATED this 5th day of June, 2026.

Respectfully submitted,

s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS#4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Phone: 253-428-3824
Fax:    206-553-4067
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 214 words, in compliance with the Local Civil Rules.*

s/ *Myrna I. Luna*
MYRNA I. LUNA, WSBA# 57440
Crescent Law, PLLC
4957 Lakemont Blvd SE, Ste C-4328
Bellevue, Washington 98006
Phone: 425-832-2030
Email:  attorney@crescent-law.com
*Attorneys for Plaintiff*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until July 10, 2026.  The parties shall submit a status update on or before July 10, 2026.  It is so **ORDERED**.

DATED this 8th day of June, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00294-KKE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800